NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

MICHAEL R. FUTTERMAN
DIRECT DIAL: +1 973 424 2082
PERSONAL FAX: +1 973 718 4592
*E-MAIL:* MRFutterman@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

November 8, 2026

**VIA ECF**

The Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *Chavis v. Google LLC*, No. 1:26-cv-08788-PAE (S.D.N.Y)**

Dear Judge Engelmayer:

This firm represents Google LLC ("Google") in the above-referenced matter. Pursuant to Section 1.E of Your Honor's Individual Rules and Practices in Civil Cases and Local Civil Rule 7.1(e), Google respectfully requests, with Plaintiff's consent, (i) a one-week extension, from November 9 to November 16, 2026, of the deadline to file the proposed Civil Case Management Plan and Scheduling Order and joint letter required by the Court's October 6, 2026 Order (ECF No. 3), and (ii) a corresponding adjournment of the initial pretrial conference to a date and time convenient to the Court.

Google has been unable to confer with Plaintiffs counsel despite repeated attempts. I emailed counsel on October 27 and November 1, 2026, to request a Rule 26(f) conference and noted the November 9 deadline, but received no response. On November 6, 2026, I wrote again to seek consent to the requested extension and adjournment, and counsel consented. Because the extended filing deadline would fall on the day of the conference, a brief adjournment of the conference is also needed.

This is the first request for an extension of these deadlines, and no other deadlines would be affected.

Thank you for your attention to this matter.

DuaneMorris



Respectfully yours,

*/s/ Michael R. Futterman*

Michael R. Futterman

MRF

The initial pretrial conference presently scheduled for Monday, November 16, 2026 at 2:00 p.m., Dkt. 3, is adjourned to Tuesday, November 24, 2026 at 10:30 a.m.

The deadline for counsel to submit the joint letter and proposed Civil Case Management Plan and Scheduling Order is extended to Friday, November 20, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 9, 2026
New York, New York