UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESAEN CHAVIS,<br><br>Plaintiff,<br><br>-v-<br><br>GOOGLE LLC,<br><br>Defendant. | 26 Civ. 8788 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, United States District Judge:

On October 6, 2026, the Court scheduled a telephonic initial pretrial conference for November 16, 2026. Dkt. 3. On October 26, 2026, this case was automatically referred to mediation. Dkt. 12. On November 9, 2026, the Court granted a motion to adjourn the initial pretrial conference to November 24, 2026. Dkt. 14.

Today, the parties jointly informed the Court that "[a]lthough the [mediation] referral order anticipated the assignment of a mediator by November 10, 2026, the Mediation Office has not yet assigned a mediator to this action," and so mediation has yet to commence. Dkt. 15 at 2.

Accordingly, the initial pretrial conference presently scheduled for November 24, 2026 is adjourned *sine dine* pending mediation.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 20, 2026
New York, New York